IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMONA BETHEA | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN, Commissioner of the Social Security Administration | : : | NO. 12-6825 |

### ORDER

AND NOW, this 21st day of January, 2014, upon consideration of plaintiff's request for review, defendant's response and plaintiff's objections thereto of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The plaintiff's request for review is DENIED; and

3. Judgment is entered in favor of the defendant.

THOMAS N. O'NEILL, JR.,   J.